**Form 154A**

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

8

In re:                                                                 Bankruptcy Case No.: 20−20108−CMB

Chapter: 13

**Anna L. Barreiro**
    Debtor(s)

## NOTICE TO FILE PROOF OF CLAIM

NOTICE IS GIVEN THAT:

   Creditors who wish to share in any distribution of funds must file a proof of claim with the clerk of the bankruptcy court at the address below on or before **March 20, 2020**.

   Creditors who do not file a proof of claim on or before this date might not share in any distribution from the debtor's estate.

   The proof of claim form ("Official Form B410") can be obtained at the United States Courts Web site: (http://www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms.aspx) or at any bankruptcy clerk's office. It may be filed by regular mail. If you wish to receive proof of its receipt by the bankruptcy court, enclose a photocopy of the proof of claim together with a stamped, self−addressed envelope or you may access the court's PACER system (www.pacer.psc.uscourts.gov) to view your filed proof of claim.

   There is no fee for filing the proof of claim.

   **Any creditor who has filed a proof of claim already need not file another proof of claim.**

   Governmental units must file their claims 180 days after the date of the order for relief or the date listed above, whichever is later.

**Address of the Bankruptcy Court**                                         Michael R. Rhodes
   U.S. Bankruptcy Court                                                   *Clerk, U.S. Bankruptcy Court*
   c/o CLAIMS CLERK
   5414 U.S Steel Tower
   600 Grant Street
   Pittsburgh, PA 15219

Dated: 1/13/20

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                              Case No. 20-20108-CMB
Anna L. Barreiro                                                                    Chapter 13
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: admin              Page 1 of 2            Date Rcvd: Jan 13, 2020
                              Form ID: 154A            Total Noticed: 25

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 15, 2020.
db             +Anna L. Barreiro,    4022 Pittsburgh Road,    Belle Vernon, PA 15012-3917
15182151       +Allegheny Health Network,    PO Box 645266,    Pittsburgh, PA 15264-5250
15182156       +CHEVRON APPALACHIA, LLC,    700 Cherrington Pkwy,    Coraopolis, PA 15108-4315
15182160       +Credit Acceptance,    25505 West 12 Mile Rd,    Suite 3000,    Southfield, MI 48034-8331
15182159       +Credit Acceptance,    Po Box 5070,    Southfield, MI 48086-5070
15182161       +Fayette County Tax Claim Bureau,    61 East Main Street,    Uniontown, PA 15401-3514
15182162        Fayette Waste LLC,    PO Box 698,    Morgantown, WV 26507-0698
15182164       +Hillcrest Davidson & Associates,    715 N Glenville Dr Ste 4,    Richardson, TX 75081-2879
15182166       +Michael McKeever, Esquire,    KML Law Group,    701 Market St #5000,    Mellon Independence Center,
                 Philadelphia, PA 19106-1541
15182168       +PNC Bank NA,    2730 Liberty Avenue,    Pittsburgh, PA 15222-4747
15182167       +Perry Township Municipal Authority,    434 Portersville Road,    Ellwood City, PA 16117-2652
15182169       +Synovus Bank/GreenSky,    1797 Ne Expressway,    Atlanta, GA 30329-7803
15182172      ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
                (address filed with court:   Toyota Financial Services,    Attn: Bankruptcy Dept,    Po Box 8026,
                 Cedar Rapids, IA 52409)
15182171       +Toyota Financial Services,    440 E Huntington,    Arcadia, CA 91006-3776
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 14 2020 03:04:54
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
15182153       +E-mail/Text: ally@ebn.phinsolutions.com Jan 14 2020 02:59:30     Ally Financial,
                 Attn: Bankruptcy Dept,    Po Box 380901,    Bloomington, MN 55438-0901
15182152       +E-mail/Text: ally@ebn.phinsolutions.com Jan 14 2020 02:59:30     Ally Financial,
                 P.o. Box 380901,    Bloomington, MN 55438-0901
15182158        E-mail/Text: bankrupt@choicerecovery.com Jan 14 2020 02:59:24     Choice Recovery,
                 Attn: Bankruptcy,    1550 Old Henderson Rd, Ste 100,    Columbus, OH 43220
15182157        E-mail/Text: bankrupt@choicerecovery.com Jan 14 2020 02:59:24     Choice Recovery,
                 1550 Old Henderson Road,    Columbus, OH 43220
15182154       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jan 14 2020 03:27:18      Capital One,
                 Po Box 30281,    Salt Lake City, UT 84130-0281
15182155       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jan 14 2020 03:04:29      Capital One,
                 Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
15182163       +E-mail/Text: bfinnall@hillcrestdavidson.com Jan 14 2020 02:59:44      Hillcrest Davidson & A,
                 Attn: Bankruptcy,    715 N Glenville - Suite 450,    Richardson, TX 75081-2898
15182165        E-mail/Text: cio.bncmail@irs.gov Jan 14 2020 02:59:41     Internal Revenue Service,
                 PO Box 7346,    Philadelphia, PA 19101-7346
15182630       +E-mail/PDF: gecsedi@recoverycorp.com Jan 14 2020 03:03:48      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
15182170       +E-mail/Text: synovusbankruptcy@synovus.com Jan 14 2020 03:00:40      Synovus Bank/GreenSky,
                 Attn: Bankruptcy,    Po Box 120,    Columbus, GA 31902-0120
                                                                                              TOTAL: 11

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 15, 2020                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0315-2           User: admin              Page 2 of 2                  Date Rcvd: Jan 13, 2020
                               Form ID: 154A            Total Noticed: 25
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 13, 2020 at the address(es) listed below:
          Christopher M. Frye    on behalf of Debtor Anna L. Barreiro chris.frye@steidl-steinberg.com,
           julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;cgoga@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                                                        TOTAL: 3