**Form RSC13**

# United States Bankruptcy Court

WESTERN DISTRICT OF PENNSYLVANIA

**ORDER AND RESCHEDULED MEETING NOTICE**
NOTICE COMMENCEMENT OF CASE UNDER CHAPTER 13
OF THE BANKRUPTCY CODE
MEETING OF CREDITORS, AND FIXING OF DATES

**Case No. 20−20108−CMB**

In re: Debtor(s) (name(s) used by the debtor(s) in the last 6 years, including married, maiden, trade, and address):
   Anna L. Barreiro
   4022 Pittsburgh Road
   Belle Vernon, PA 15012

Social Security No.:
   xxx−xx−6071

Employer's Tax I.D. No.:

| NAME/ADDRESS OF ATTORNEY FOR DEBTOR | NAME/ADDRESS OF TRUSTEE |
|---|---|
| Christopher M. Frye<br>Steidl & Steinberg<br>Suite 2830 Gulf Tower<br>707 Grant Street<br>Pittsburgh, PA 15219<br>Telephone number:  412−391−8000 | Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219<br>Telephone number:  412−471−5566 |
| DATE/TIME/LOCATION OF MEETING OF CREDITORS<br>March 16, 2020<br>01:00 PM<br>3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 | CONFIRMATION HEARING DATE/TIME/LOC<br>March 16, 2020<br>01:00 PM<br>3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 |

**ON AFFIDAVIT OF DEFAULT BY TRUSTEE, FAILURE OF THE DEBTOR(S) TO APPEAR AT THE MEETING OF CREDITORS WILL RESULT IN DISMISSAL OF THE CASE WITHOUT FURTHER NOTICE OR HEARING.**

Dated: 2/12/20

BY THE COURT

Carlota M. Bohm
Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                 Case No. 20-20108-CMB
Anna L. Barreiro                                                       Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2         User: dpas              Page 1 of 2              Date Rcvd: Feb 12, 2020
                             Form ID: rsc13          Total Noticed: 29

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 14, 2020.
db              +Anna L. Barreiro,    4022 Pittsburgh Road,    Belle Vernon, PA 15012-3917
15182151        +Allegheny Health Network,    PO Box 645266,    Pittsburgh, PA 15264-5250
15182156        +CHEVRON APPALACHIA, LLC,    700 Cherrington Pkwy,    Coraopolis, PA 15108-4315
15182160        +Credit Acceptance,    25505 West 12 Mile Rd,    Suite 3000,    Southfield, MI 48034-8331
15182159        +Credit Acceptance,    Po Box 5070,    Southfield, MI 48086-5070
15182161        +Fayette County Tax Claim Bureau,    61 East Main Street,    Uniontown, PA 15401-3514
15182162         Fayette Waste LLC,    PO Box 698,    Morgantown, WV 26507-0698
15197599        +Fayette Waste, LLC,    P.O. Box 1086,    Uniontown, PA 15401-1086
15182164        +Hillcrest Davidson & Associates,    715 N Glenville Dr Ste 4,    Richardson, TX 75081-2879
15182166        +Michael McKeever, Esquire,    KML Law Group,    701 Market St #5000,    Mellon Independence Center,
                  Philadelphia, PA 19106-1541
15182168        +PNC Bank NA,    2730 Liberty Avenue,    Pittsburgh, PA 15222-4747
15182167        +Perry Township Municipal Authority,    434 Portersville Road,    Ellwood City, PA 16117-2652
15182169        +Synovus Bank/GreenSky,    1797 Ne Expressway,    Atlanta, GA 30329-7803
15182172        ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
                 (address filed with court: Toyota Financial Services,     Attn: Bankruptcy Dept,    Po Box 8026,
                  Cedar Rapids, IA 52409)
15182171        +Toyota Financial Services,    440 E Huntington,    Arcadia, CA 91006-3776
15196557         Toyota Motor Credit Corporation,    c/o Becket and Lee LLP,    PO Box 3001,
                  Malvern  PA 19355-0701

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg              E-mail/Text: RVSVCBICNOTICE1@state.pa.us Feb 13 2020 03:05:01      Pennsylvania Dept. of Revenue,
                  Department 280946,    P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
                  Harrisburg, PA  17128-0946
cr              +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 13 2020 03:13:26
                  PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
15182153        +E-mail/Text: ally@ebn.phinsolutions.com Feb 13 2020 03:03:14      Ally Financial,
                  Attn: Bankruptcy Dept,    Po Box 380901,    Bloomington, MN 55438-0901
15182152        +E-mail/Text: ally@ebn.phinsolutions.com Feb 13 2020 03:03:14      Ally Financial,
                  P.o. Box 380901,    Bloomington, MN 55438-0901
15182157         E-mail/Text: bankrupt@choicerecovery.com Feb 13 2020 03:02:30      Choice Recovery,
                  1550 Old Henderson Road,    Columbus, OH 43220
15182158         E-mail/Text: bankrupt@choicerecovery.com Feb 13 2020 03:02:30      Choice Recovery,
                  Attn: Bankruptcy,    1550 Old Henderson Rd, Ste 100,    Columbus, OH 43220
15182154        +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Feb 13 2020 03:14:19      Capital One,
                  Po Box 30281,    Salt Lake City, UT 84130-0281
15182155        +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Feb 13 2020 03:26:27      Capital One,
                  Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
15197266         E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Feb 13 2020 03:26:02
                  Capital One Bank (USA), N.A.,    by American InfoSource as agent,    PO Box 71083,
                  Charlotte, NC  28272-1083
15182163        +E-mail/Text: bfinnall@hillcrestdavidson.com Feb 13 2020 03:04:10      Hillcrest Davidson & A,
                  Attn: Bankruptcy,    715 N Glenville - Suite 450,    Richardson, TX 75081-2898
15182165         E-mail/Text: cio.bncmail@irs.gov Feb 13 2020 03:04:06      Internal Revenue Service,
                  PO Box 7346,    Philadelphia, PA 19101-7346
15182630        +E-mail/PDF: gecsedi@recoverycorp.com Feb 13 2020 03:14:59      Synchrony Bank,
                  c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
15182170        +E-mail/Text: synovusbankruptcy@synovus.com Feb 13 2020 03:06:07      Synovus Bank/GreenSky,
                  Attn: Bankruptcy,    Po Box 120,    Columbus, GA 31902-0120
                                                                                               TOTAL: 13

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr               PNC Mortgage, a Division of PNC Bank, National Ass
                                                                                   TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0315-2          User: dpas              Page 2 of 2            Date Rcvd: Feb 12, 2020
                              Form ID: rsc13          Total Noticed: 29
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 14, 2020                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 12, 2020 at the address(es) listed below:

```
          Christopher M. Frye    on behalf of Debtor Anna L. Barreiro chris.frye@steidl-steinberg.com,
           julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;cgo
           ga@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-ste
           inberg.com
          James   Warmbrodt    on behalf of Creditor    PNC Mortgage, a Division of PNC Bank, National
           Association bkgroup@kmllawgroup.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                              TOTAL: 4
```