**\*FILING FEE PAID\*** (__Yes __No)

MINUTES OF CHAPTER 13 § 341 (a) MEETING OF CREDITORS
AND SETTLEMENT CONFERENCE ON PLAN CONFIRMATIONS

Case Name: BaRReiRO                    JAD/TPA/CMB/GLT

Case Number: 20-20108

Date of Meeting: 3/16/20                    Recording # 7
Debtor(s) present ✓ or Not Present __ (__No Payments Made or __partial payments)
Attorney for debtor(s) FRYe                    (Present ✓ or Not Present __)
Date of Plan at § 341: 1/3/20   Applicable commitment period __3 yrs __ 5 yrs

FILED
3/25/20 8:47 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

____ Meeting HELD and CONCLUDED
__✓__ Meeting HELD but CONTINUED (not closed)
____ Meeting NOT HELD              ____ Order to Show Cause Requested
                                   ____ To be rescheduled by Clerk

____ Confirmation Order recommended ____ Final ____ Interim
____ Amended Plan due:_____; Objections due:_____

____ Trustee recommends dismissal of the case (Debtor consents)
____ Trustee recommends dismissal of the case (Debtor does not consent)*
____ Trustee recommends dismissal of the case (Debtor has no defense)
____ Debtor requests dismissal of the case. Motion to be filed by the Debtor within 10 days
__✓__ Continued to:
____ 341 Meeting OR ____ Conciliation Conf. OR ✓ Contested Hearing
On 5/21/20   at 1:30 am/pm Location p60

_____
Chapter 13 Trustee/Attorney for Trustee