# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

## *Conciliation Conference:*

**Debtor:** ANNA L. BARREIRO
**Case Number:** 20-20108-CMB     **Chapter:** 13
**Date / Time / Room:** THURSDAY, MAY 21, 2020 01:30 PM    3251 US STEEL
**Hearing Officer:** CHAPTER 13 TRUSTEE

## *Matter:*

#5 Chapter 13 Plan Dated 01/03/2020
+Objections By: PNC Mortgage
R / M #:  5 / 0

## *Appearances:*

Debtor: J. Spill
Trustee: Winnecour / Pail / Katz / DeSimone
Creditor:

*[Handwritten: 4 mos into case no paymnts made to date]*

## *Proceedings:*

Outcome:

1. \_\_\_\_ Case Converted to Chapter 7
2. \_\_\_\_ Case Converted to Chapter 11
3. \_\_\_\_ Case Dismissed without Prejudice
4. \_\_\_\_ Case Dismissed with Prejudice
5. \_\_\_\_ Debtor is to inform Court within \_\_\_\_ days their preference to Convert or Dismiss
6. \_\_\_\_ The plan payment/term is increased/extended to _____, effective _____.
7. \_\_\_\_ Plan/Motion continued to _____ at _____.
8. \_\_\_\_ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.
9. \_\_\_\_ Contested Hearing: _____ at _____.
10. **X** Other:

The debtor(s) has no defense to dismissal, and the Trustee requests entry of an order dismissing the case without prejudice.

FILED
5/22/20 3:57 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

5/13/2020    2:36:50PM