Form 309

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **Anna L. Barreiro** | : | Case No. 20−20108−CMB |
| *Debtor(s)* | : | Chapter: 13 |
| | : | |
| | : | |
| | : | |
| | : | |
| | : | |

## ORDER DISMISSING CASE WITHOUT PREJUDICE AND
## TERMINATING WAGE ATTACHMENT

        *AND NOW,* this ***The 22nd of May, 2020,*** after notice and hearing and the Debtor(s) having failed to comply with the requirements of the *Bankruptcy Code*, the *Local Rules* of this Court and/or an Order of Court, it is hereby **ORDERED, ADJUDGED and DECREED** as follows:

        (1)   The above−captioned case is ***DISMISSED, without prejudice***. The Debtor(s) remain legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to *11 U.S.C. §349*. Creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect. ***Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs, or (30) thirty days after date of this Order, whichever is later.***

        (2)   Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment Order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this order on each such employer and entity.

        (3)   The Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13−FR−S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

        (4)   The Clerk shall give notice to all creditors of this dismissal.

                                                                        Carlota M. Böhm, Judge
                                                                      United States Bankruptcy Court

Case Administrators to serve:
All Creditors and All Parties In Interest

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                          Case No. 20-20108-CMB
Anna L. Barreiro                                                                Chapter 13
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2        User: gamr            Page 1 of 2             Date Rcvd: May 22, 2020
                            Form ID: 309          Total Noticed: 31

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 24, 2020.
```
db           +Anna L. Barreiro,    4022 Pittsburgh Road,    Belle Vernon, PA 15012-3917
15182151     +Allegheny Health Network,    PO Box 645266,    Pittsburgh, PA 15264-5250
15182156     +CHEVRON APPALACHIA, LLC,    700 Cherrington Pkwy,    Coraopolis, PA 15108-4315
15182161     +Fayette County Tax Claim Bureau,    61 East Main Street,    Uniontown, PA 15401-3514
15182162      Fayette Waste LLC,    PO Box 698,    Morgantown, WV 26507-0698
15197599     +Fayette Waste, LLC,    P.O. Box 1086,    Uniontown, PA 15401-1086
15202910     +Greensky, LLC,    1797 Northeast Expressway,    Suite 100,    Atlanta GA 30329-2451
15182164     +Hillcrest Davidson & Associates,    715 N Glenville Dr Ste 4,    Richardson, TX 75081-2879
15182166     +Michael McKeever, Esquire,    KML Law Group,    701 Market St #5000,    Mellon Independence Center,
               Philadelphia, PA 19106-1541
15182168     +PNC Bank NA,    2730 Liberty Avenue,    Pittsburgh, PA 15222-4747
15220037     +PNC Bank, N.A.,    P.O. Box 94982,    Cleveland, OH 44101-4982
15182167     +Perry Township Municipal Authority,    434 Portersville Road,    Ellwood City, PA 16117-2652
15182169     +Synovus Bank/GreenSky,    1797 Ne Expressway,    Atlanta, GA 30329-7803
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr           +EDI: PRA.COM May 23 2020 06:18:00      PRA Receivables Management, LLC,    PO Box 41021,
               Norfolk, VA 23541-1021
15182153     +EDI: GMACFS.COM May 23 2020 06:18:00      Ally Financial,    Attn: Bankruptcy Dept,
               Po Box 380901,    Bloomington, MN 55438-0901
15182152     +EDI: GMACFS.COM May 23 2020 06:18:00      Ally Financial,    P.o. Box 380901,
               Bloomington, MN 55438-0901
15200870      EDI: GMACFS.COM May 23 2020 06:18:00      Ally Financial,    PO Box 130424,
               Roseville MN 55113-0004
15182157      E-mail/Text: bankrupt@choicerecovery.com May 23 2020 02:39:43      Choice Recovery,
               1550 Old Henderson Road,    Columbus, OH 43220
15182158      E-mail/Text: bankrupt@choicerecovery.com May 23 2020 02:39:43      Choice Recovery,
               Attn: Bankruptcy,    1550 Old Henderson Rd, Ste 100,    Columbus, OH 43220
15182154     +EDI: CAPITALONE.COM May 23 2020 06:18:00      Capital One,    Po Box 30281,
               Salt Lake City, UT 84130-0281
15182155     +EDI: CAPITALONE.COM May 23 2020 06:18:00      Capital One,    Attn: Bankruptcy,    Po Box 30285,
               Salt Lake City, UT 84130-0285
15197266      EDI: CAPITALONE.COM May 23 2020 06:18:00      Capital One Bank (USA), N.A.,
               by American InfoSource as agent,    PO Box 71083,    Charlotte, NC  28272-1083
15182160     +E-mail/Text: ebnnotifications@creditacceptance.com May 23 2020 02:40:20      Credit Acceptance,
               25505 West 12 Mile Rd,    Suite 3000,    Southfield, MI 48034-8331
15182159     +E-mail/Text: ebnnotifications@creditacceptance.com May 23 2020 02:40:20      Credit Acceptance,
               Po Box 5070,    Southfield, MI 48086-5070
15182163     +E-mail/Text: bfinnall@hillcrestdavidson.com May 23 2020 02:40:33      Hillcrest Davidson & A,
               Attn: Bankruptcy,    715 N Glenville - Suite 450,    Richardson, TX 75081-2898
15182165      EDI: IRS.COM May 23 2020 06:18:00      Internal Revenue Service,    PO Box 7346,
               Philadelphia, PA 19101-7346
15182630     +EDI: RMSC.COM May 23 2020 06:18:00      Synchrony Bank,    c/o of PRA Receivables Management, LLC,
               PO Box 41021,    Norfolk, VA 23541-1021
15182170     +E-mail/Text: synovusbankruptcy@synovus.com May 23 2020 02:41:13      Synovus Bank/GreenSky,
               Attn: Bankruptcy,    Po Box 120,    Columbus, GA 31902-0120
15182172      EDI: TFSR.COM May 23 2020 06:18:00      Toyota Financial Services,    Attn: Bankruptcy Dept,
               Po Box 8026,    Cedar Rapids, IA 52409
15182171     +EDI: TFSR.COM May 23 2020 06:18:00      Toyota Financial Services,    440 E Huntington,
               Arcadia, CA 91006-3776
15196557      EDI: BL-TOYOTA.COM May 23 2020 06:18:00      Toyota Motor Credit Corporation,
               c/o Becket and Lee LLP,    PO Box 3001,    Malvern  PA 19355-0701
                                                                                              TOTAL: 18
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             PNC Mortgage, a Division of PNC Bank, National Ass
                                                                                TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 24, 2020                                          Signature:   /s/Joseph Speetjens

```
District/off: 0315-2          User: gamr              Page 2 of 2             Date Rcvd: May 22, 2020
                              Form ID: 309            Total Noticed: 31
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 22, 2020 at the address(es) listed below:
          Christopher M. Frye    on behalf of Debtor Anna L. Barreiro chris.frye@steidl-steinberg.com,
           julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;cgo
           ga@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-ste
           inberg.com
          James   Warmbrodt    on behalf of Creditor   PNC Mortgage, a Division of PNC Bank, National
           Association bkgroup@kmllawgroup.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 4
```